UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

EDWIN DE LA ROSA,

                                               Plaintiff,      **NOTICE OF APPEARANCE**

             -against-

THE CITY OF NEW YORK, et al.                     07 CV 11223 (JSR)

                                               Defendants.

------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Johana Castro**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action, and demands that a copy of the complaint and all notices and other papers be served upon defendant at this office.

Dated:  New York, New York
          January 29, 2008

                                              MICHAEL A. CARDOZO
                                             Corporation Counsel
                                             of the City of New York
                                             Attorney for Defendant City of New York
                                             100 Church Street, Rm. 3-189
                                             New York, New York 10007
                                             (212) 788-0976

                                By:   _____
                                             Johana Castro (JC 1809)
                                             Assistant Corporation Counsel
                                             Special Federal Litigation Division

To:    BY ECF
        Edward Sivin, Esq.