RAKOFF J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

EDWIN DE LA ROSA,

                              Plaintiff,

-against-

THE CITY OF NEW YORK and JOHNNY DIAZ,

                              Defendants.

-------------------------------------------------------------------- x

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

07 CV 11223 (JSR)

      **WHEREAS**, plaintiff commenced this action by filing a complaint on or about December 13, 2007, alleging that defendants violated plaintiff's federal civil and state common law rights; and

      **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

      **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

      1. The above-referenced action is hereby dismissed against defendants, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

      2. The City of New York hereby agrees to pay plaintiff the sum of Fifty Thousand ($50,000.00) Dollars in full satisfaction of all claims, including for attorney's fees, costs and expenses. In consideration for the payment of this sum, plaintiff agrees to dismissal of

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-08

all the claims against defendants, and to release defendants, and any present or former employees and agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action that were or could have been alleged in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by the defendants that defendants have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject

matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
　　　　June 23, 2008

| | |
|---|---|
| Edward Sivin, Esq.<br>Sivin & Miller, LLP<br>Attorney for Plaintiff<br>170 Broadway, Suite 600<br>New York, NY 10038<br><br>By: _____<br>　　　EDWARD SIVIN (ES 7351) | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>　City of New York<br>Attorney for Defendants City of New York<br>and Police Officer Diaz<br>100 Church Street, Room 3-189<br>New York, New York 10007<br>(212) 788-0976<br><br>By: _____<br>　　　JOHANA CASTRO (JC 1809)<br>　　　Assistant Corporation Counsel |

SO ORDERED:

_____
U.S.D.J.
6-25-08

- 3 -